No. 00–339. KELLY ET AL. *v.* AL FURAT PETROLEUM CO. C. A. 5th Cir. Certiorari denied.

No. 00–342. TAIWAN ET AL. *v.* TEI YAN SUN ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–348. ADVANCE LEASING & DEVELOPMENT, INC., ET AL. *v.* HART ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–352. MAURINO *v.* JOHNSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–365. AHEART *v.* SODEXHO MARRIOTT SERVICES, INC. C. A. 4th Cir. Certiorari denied.

No. 00–367. DARIA *v.* LINDSEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–373. COMMANDER OIL CORP. *v.* BARLO EQUIPMENT CORP. C. A. 2d Cir. Certiorari denied.

No. 00–379. CONCORD BOAT CORP. ET AL. *v.* BRUNSWICK CORP. C. A. 8th Cir. Certiorari denied.

No. 00–382. WILLMAR ELECTRIC SERVICE, INC. *v.* COOKE, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF REGULATORY AGENCIES, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–383. BEY *v.* BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–389. GRANITI *v.* BUENA VISTA HOME VIDEO, INC., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–390. HEIRS OF GUERRA, DECEASED *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–395. GAYLOR *v.* WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.